September 9, 1983.

466 A.2d 710

Butera, Appellant v. New England Mut. Life Ins. Co.

Caro, Appellant v. New England Mut. Life Ins. Co.

Submitted June 9, 1983.   Alexander J. Pentecost, for appellants;  James David Obermanns, for appellee.

Before CERCONE, P.J., SPAETH and HESTER, JJ.

Judgments affirmed.

466 A.2d 711

Commonwealth v. Badman, Appellant.

Petition for Allowance of Appeal
Denied Feb. 3, 1984.

Submitted March 23, 1983.   Raymond J. Lobos, for appellant;  Robert Henry Slivinski, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and HOFFMAN, JJ.

Order affirmed.